**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 361 MAL 2022
                                  :
          Respondent                  :
                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court
          v.                           :
                                    :
                                    :
MICHAEL ALLAN COCKERHAM,          :
                                    :
          Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.